AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McAliley, Chris M. | U.S. Dist Court, S. Dist. FL. | 05/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

C Clyde Atkins US Courthouse
301 North Miami Avenue
6th Floor
Miami, Florida 33128

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Settlor & Trustee | Trust # 1 |
| 2. | Settlor & Trustee | Trust # 2 |
| 3. | Settlor | Trust # 3 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | ADMINISTRATIVE OFFICE OF US COURTS | APRIL 10-13, 2011 | PORTLAND, OREGON | MAGISTRATE JUDGES CONFERENCE | LODGING, MEALS, TRANSPORTATION |
| 3. | ADMINISTRATIVE OFFICE OF US COURTS | APRIL 27-29, 2011 | ORLANDO, FLORIDA | 11TH CIRCUIT JUDICIAL CONFERENCE | LODGING, MEALS |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HARTFORD GLOBAL HEALTH CL A(TRUST #1) | | None | J | T | Sold (part) | 12/20/11 | J | A | |
| 2. CASH FIDELITY(TRUST #1) | A | Interest | J | T | | | | | |
| 3. FIDELITY TAX FREE MONEY MARKET(TRUST #1) | A | Dividend | J | T | | | | | |
| 4. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (TRUST #1) | A | Dividend | J | T | | | | | |
| 5. VANGUARD SHORT TERM INVMT GRADE INVESTOR(TRUST #1) | A | Dividend | J | T | Buy (add'l) | 11/15/11 | J | | |
| 6. FIDELITY LOW PRICED STOCK(TRUST #1) | A | Dividend | J | T | Sold (part) | 7/26/11 | J | A | |
| 7. PRIMECAP ODYSSEY GROWTH FUND(TRUST #1) | | None | | | Sold | 9/27/11 | J | A | |
| 8. VANGUARD DIVIDEND GROWTH(TRUST #1) | A | Dividend | K | T | Sold (part) | 7/25/11 | J | A | |
| 9. VANGUARD INTERMED TRM INVST GR INVEST(TRUST #1) | A | Dividend | J | T | | | | | |
| 10. VANGUARD MIDCAP INDEX SIGNAL(TRUST #1) | A | Dividend | J | T | | | | | |
| 11. VANGUARD GNMA(TRUST #1) | A | Dividend | | | Sold | 11/15/11 | J | A | |
| 12. BLACKROCK GLOBAL ALLOCATION CL A(TRUST #1) | A | Dividend | J | T | | | | | |
| 13. FIDELITY MEGA CAP STOCK(TRUST #1)X | A | Dividend | J | T | Buy | 7/25/11 | J | | |
| 14. FIDELITY MEGA CAP STOCK(TRUST #1)X | A | Dividend | J | T | Buy (add'l) | 7/26/11 | J | | |
| 15. FIDELITY MEGA CAP STOCK(TRUST #1)X | A | Dividend | J | T | Buy (add'l) | 12/20/11 | J | | |
| 16. PRIMECAP ODYSSEY STOCK(TRUST #1)X | A | Dividend | J | T | Buy | 9/27/11 | J | | |
| 17. AQUILA THREE PEAK HIGH INCOME CL INSTL(TRUST #1)X | A | Dividend | J | T | Buy | 9/16/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY FLOATING RATE HIGH INCOME(TRUST #1)X | A | Dividend | J | T | Buy | 1/3/11 | J | | |
| 19. FIDELITY FLOATING RATE HIGH INCOME(TRUST #1)X | A | Dividend | J | T | Sold (part) | 9/16/11 | J | A | |
| 20. CASH FIDELITY(TRUST #2) | A | Interest | J | T | | | | | |
| 21. FIDELITY TAX FREE MONEY MARKET(TRUST #2) | A | Dividend | J | T | | | | | |
| 22. HARTFORD GLOBAL HEALTH CL A(TRUST #2) | | None | J | T | Sold (part) | 12/20/11 | J | A | |
| 23. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FD(TRUST #2) | A | Dividend | J | T | | | | | |
| 24. VANGUARD SHORT TERM INVMT GRADE INVESTOR(TRUST #2) | A | Dividend | J | T | Buy (add'l) | 11/15/11 | J | | |
| 25. FIDELITY LOW PRICED STOCK(TRUST #2) | A | Dividend | J | T | Sold (part) | 7/26/11 | J | A | |
| 26. PRIMECAP ODYSSEY GROWTH FUND(TRUST #2) | | None | | | Sold | 9/27/11 | J | A | |
| 27. VANGUARD DIVIDEND GROWTH(TRUST #2) | A | Dividend | J | T | Sold (part) | 7/25/11 | J | A | |
| 28. VANGUARD INTERMED TRM INVST GR INVEST(TRUST #2) | A | Dividend | J | T | Buy (add'l) | 4/13/11 | J | | |
| 29. VANGUARD MID CAP INDEX SIGNAL(TRUST #2) | A | Dividend | | | Buy (add'l) | 4/13/11 | J | | |
| 30. VANGUARD MID CAP INDEX SIGNAL(TRUST #2) | A | Dividend | | | Sold | 12/13/11 | J | A | |
| 31. VANGUARD GNMA(TRUST #1) | A | Dividend | | | Sold | 11/15/11 | J | A | |
| 32. BLACKROCK GLOBAL ALLOCATION CL A(TRUST #2) | A | Dividend | J | T | | | | | |
| 33. FIDELITY MEGA CAP STOCK FUND(TRUST #2)X | A | Dividend | J | T | Buy | 7/25/11 | J | | |
| 34. FIDELITY MEGA CAP STOCK FUND(TRUST #2)X | A | Dividend | J | T | Buy (add'l) | 7/26/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIDELITY MEGA CAP STOCK FUND(TRUST #2)X | A | Dividend | J | T | Buy (add'l) | 12/13/11 | J | | |
| 36. FIDELITY MEGA CAP STOCK FUND(TRUST #2)X | A | Dividend | J | T | Buy (add'l) | 12/14/11 | J | | |
| 37. FIDELITY MEGA CAP STOCK FUND(TRUST #2)X | A | Dividend | J | T | Buy (add'l) | 12/20/11 | J | | |
| 38. PRIMECAP ODYSSEY STOCK FUND(TRUST #2)X | A | Dividend | J | T | Buy | 9/27/11 | J | | |
| 39. AQUILA THREE PEAKS HIGH INCOME CL INSTL(TRUST #2)X | A | Dividend | J | T | Buy | 9/16/11 | J | | |
| 40. FIDELITY FLOATING RATE HIGH INCOME(TRUST #2)X | A | Dividend | J | T | Buy | 1/3/11 | J | | |
| 41. FIDELITY FLOATING RATE HIGH INCOME(TRUST #2)X | A | Dividend | J | T | Sold (part) | 9/16/11 | J | A | |
| 42. VANGUARD HEALTHCARE(IRA) | B | Dividend | K | T | Sold (part) | 12/20/11 | J | A | |
| 43. FIDELITY CASH RESERVES(IRA) | A | Dividend | J | T | | | | | |
| 44. PRIMECAP ODYSSEY AGGRESSIVE GRWTH FD(IRA) | A | Dividend | K | T | Sold (part) | 7/26/11 | K | C | |
| 45. PRIMECAP ODYSSEY AGGRESSIVE GRWTH FD(IRA) | A | Dividend | K | T | Sold (part) | 12/8/11 | K | B | |
| 46. PRIMECAP ODYSSEY GROWTH FUND(IRA) | | None | | | Sold (part) | 3/15/11 | K | B | |
| 47. PRIMECAP ODYSSEY GROWTH FUND(IRA) | | None | | | Sold | 9/27/11 | K | B | |
| 48. VANGUARD SHORT TERM INVESTMENT GRADE INVESTOR(IRA) | A | Dividend | J | T | | | | | |
| 49. ARTISAN MID CAP VALUE(IRA) | B | Dividend | K | T | | | | | |
| 50. FIDELITY LOW PRICED STOCK(IRA) | C | Dividend | K | T | Sold (part) | 3/16/11 | J | A | |
| 51. FIDELITY LOW PRICED STOCK(IRA) | C | Dividend | K | T | Sold (part) | 12/16/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VANGUARD DIVIDEND GROWTH(IRA) | A | Dividend | L | T | Buy (add'l) | 8/17/11 | K | | |
| 53. VANGUARD DIVIDEND GROWTH(IRA) | A | Dividend | L | T | Sold (part) | 3/15/11 | K | C | |
| 54. VANGUARD DIVIDEND GROWTH(IRA) | A | Dividend | L | T | Sold (part) | 10/28/11 | J | A | |
| 55. VANGUARD INTERMED TRM INVST GR INVEST(IRA) | B | Dividend | K | T | | | | | |
| 56. FIDELITY NEW MARKETS(IRA) | A | Dividend | K | T | | | | | |
| 57. VANGUARD EMERGING MKTS VIPERS(IRA) | A | Dividend | J | T | | | | | |
| 58. BLACKROCK GLOBAL ALLOCATION CL A(IRA) | A | Dividend | K | T | Sold (part) | 12/15/11 | J | A | |
| 59. FIDELITY MEGA CAP STOCK FUND(IRA) X | A | Dividend | L | T | Buy | 7/25/11 | K | | |
| 60. FIDELITY MEGA CAP STOCK FUND(IRA) X | A | Dividend | L | T | Buy (add'l) | 7/26/11 | K | | |
| 61. FIDELITY MEGA CAP STOCK FUND(IRA) X | A | Dividend | L | T | Buy (add'l) | 8/16/11 | J | | |
| 62. FIDELITY MEGA CAP STOCK FUND(IRA) X | A | Dividend | L | T | Buy (add'l) | 12/16/11 | K | | |
| 63. FIDELITY MEGA CAP STOCK FUND(IRA) X | A | Dividend | L | T | Buy (add'l) | 12/20/11 | J | | |
| 64. PRIMECAP ODYSSEY STOCK FUND(IRA) X | A | Dividend | L | T | Buy | 9/27/11 | K | | |
| 65. PRIMECAP ODYSSEY STOCK FUND(IRA) X | A | Dividend | L | T | Buy (add'l) | 12/8/11 | K | | |
| 66. PIMCO ALL ASSET FD ADMIN CLASS(IRA) X | A | Dividend | J | T | Buy | 12/15/11 | J | | |
| 67. VANGUARD CAPITAL VALUE(IRA) X | | None | | | Buy | 3/15/11 | K | | |
| 68. VANGUARD CAPITAL VALUE(IRA) X | | None | | | Buy (add'l) | 3/16/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VANGUARD CAPITAL VALUE(IRA) X | | None | | | Sold (part) | 7/25/11 | K | A | |
| 70. VANGUARD CAPITAL VALUE(IRA) X | | None | | | Sold (part) | 8/16/11 | J | A | |
| 71. VANGUARD CAPITAL VALUE(IRA) X | | None | | | Sold | 8/17/11 | J | A | |
| 72. CASH FIDELITY(BROKERAGE) | A | Interest | N | T | | | | | |
| 73. VANGUARD BD INDEX FD INC TOTAL BD MARKET(BROKERAGE) | | None | | | Sold | 1/4/11 | K | A | |
| 74. FIDELITY TOTAL BOND(BROKERAGE) | B | Dividend | | | Sold (part) | 6/29/11 | K | A | |
| 75. FIDELITY TOTAL BOND(BROKERAGE) | B | Dividend | | | Sold | 12/21/11 | K | A | |
| 76. VANGUARD GNMA(BROKERAGE) | B | Dividend | | | Sold | 12/21/11 | K | A | |
| 77. VANGUARD SHORT TERM INVMT GRADE INVESTOR(BROKERAGE) | A | Dividend | | | Sold | 12/21/11 | K | A | |
| 78. VANGUARD INTERMED TERM INVST GR INVEST(BROKERAGE) | C | Dividend | | | Buy (add'l) | 6/29/11 | L | | |
| 79. VANGUARD INTERMED TERM INVST GR INVEST(BROKERAGE) | C | Dividend | | | Sold | 12/21/11 | M | A | |
| 80. BANK AMERICA NA FIXED COUPON(BROKERAGE) | | None | | | Sold | 2/22/11 | M | A | |
| 81. AQUILA THREE PEAKS HIGH INCOME(BROKERAGE) X | A | Dividend | K | T | Buy | 10/25/11 | K | | |
| 82. FIDELITY FLOATING RATE HIGH INCOME(BROKERAGE) X | A | Dividend | | | Buy | 1/4/11 | K | | |
| 83. FIDELITY FLOATING RATE HIGH INCOME(BROKERAGE) X | A | Dividend | | | Sold | 12/21/11 | K | A | |
| 84. FIDELITY NEW MARKETS INCOME(BROKERAGE) X | A | Dividend | | | Buy | 6/29/11 | J | | |
| 85. FIDELITY NEW MARKETS INCOME(BROKERAGE) X | A | Dividend | | | Sold | 12/21/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FIDELITY STRATEGIC INCOME(BROKERAGE) X | A | Dividend | | | Buy | 6/29/11 | K | | |
| 87. FIDELITY STRATEGIC INCOME(BROKERAGE) X | A | Dividend | | | Sold | 12/21/11 | K | A | |
| 88. ISHARES IBOXX HIGH YIELD CORP(BROKERAGE) X | A | Dividend | | | Buy | 6/29/11 | K | | |
| 89. ISHARES IBOXX HIGH YIELD CORP(BROKERAGE) X | A | Dividend | | | Sold (part) | 10/25/11 | K | A | |
| 90. ISHARES IBOXX HIGH YIELD CORP(BROKERAGE) X | A | Dividend | | | Sold | 10/26/11 | J | A | |
| 91. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McAliley, Chris M. | 05/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

TRUST # 3 REPORTED ON PART 1, HAS NO REPORTABLE ASSETS.

ASSETS ON PART VII "INVESTMENTS AND TRUSTS" THAT WERE FULLY SOLD IN 2010 WERE REMOVED/DELETED FROM FROM THE SCHEDULE.

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/09/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Chris M. McAliley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544